AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| LEXON INSURANCE COMPANY, <br><br> *Plaintiff(s)* <br> v. <br> AMERICAN RESOURCES CORPORATION, AMERICAN CARBON CORPORATION f/k/a QUEST ENERGY, INC., DEANE MINING LLC, ERC MINING INDIANA CORP., KNOTT COUNTY COAL LLC et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:22-cv-05939-JPC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   See attached sheet with All Parties Names and Addresses

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dale A. Worrall
Harris Beach PLLC
99 Garnsey Road
Pittsford, New York 14534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/13/2022                                                                   /S/ V. BRAHIMI
                                                                                    *Signature of Clerk or Deputy Clerk*

PARTIES NAMES AND ADDRESSES

LEXON INSURANCE CO. v AMERICAN RESOURCES CORP., et al.

Case No. 1:22-cv-05939-JPC

**Plaintiff**

1. Lexon Insurance Company
   12890 Lebanon Road
   Mount Juliet, TN 37122

**Defendants**

2. American Resources Corporation
   12115 Visionary Way, Suite 174
   Fishers, IN 46038

3. American Carbon Corporation f/k/a Quest Energy, Inc.
   12115 Visionary Way, Suite 174
   Fishers, IN 46038

4. Deane Mining LLC
   12115 Visionary Way, Suite 174
   Fishers, Indiana 46038

5. ERC Mining Indiana Corp.
   12115 Visionary Way, Suite 174
   Fishers, Indiana 46038

6. Knott County Coal LLC f/k/a ICG Knott County, LLC
   8856 South Street
   Fishers, IN 46038

7. McCoy Elkhorn Coal LLC
   12115 Visionary Way, Suite 174
   Fishers, Indiana 46038

8. Samuel Coal Company, Inc.
   PO Box 606
   Fishers, Indiana 46038